IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MICHAEL ANTHONY NUNEZ,

       Plaintiff,                                                                                   No. 1:18-cv-00207-KRS

v.

NANCY A. BERRYHILL, Acting Commissioner
of the Social Security Administration,

       Defendant.

## ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS

**THIS MATTER** comes before the Court upon Plaintiff's Motion to Proceed in Forma Pauperis with Financial Affidavit (Doc. 2). Having reviewed the application, the Court FINDS and CONCLUDES that Plaintiff's request is well-taken and should be granted. In making this determination, the Court notes that Plaintiff has successfully established that he is unable to prepay the required filing fee and/or that so doing will cause him substantial hardship. *See* 28 U.S.C. § 1915(a)(1).

**IT IS, THEREFORE, ORDERED** that Plaintiff's Motion to Proceed in Forma Pauperis with Financial Affidavit (Doc. 2) is hereby **GRANTED**.

                                                                                     KEVIN R. SWEAZEA
                                                                                      UNITED STATES MAGISTRATE JUDGE